AO 91 (Rev. 11/11)  Criminal Complaint

RECEIVED

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Iowa

15 MAY -7  AM 11: 47

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ROBERT EUGENE GRAHAM | ) | 4:15-MJ-124 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 16, 2015 _____ in the county of _____ Lucas _____ in the

_____ Southern _____ District of _____ Iowa _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| T. 18 U.S.C. § 2261(a)(1) | Interstate Domestic Violence |
| T. 18 U.S.C. §§ 924(c)(1)(A) | Use and possession of a firearm |

This criminal complaint is based on these facts:

See Affidavit attached.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Donald J. Schnitker, DCI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/7/15

_____
*Judge's signature*

City and state:        Des Moines, Iowa

Celeste F. Bremer
*Printed name and title*

## AFFIDAVIT

### I. INTRODUCTION

Your affiant, Don Schnitker, being duly sworn, hereby depose and state:

1. Your affiant has been employed by the state of Iowa, Department of Public Safety, Division of Criminal Investigation (DCI) as a Special Agent (SA) since 2001. Your affiant is currently assigned to the Des Moines Field Office, Major Crime Unit, in Des Moines, Iowa.

2. During his employment with the DCI, your affiant has been the lead investigator in several multi-jurisdictional criminal investigations within the state of Iowa, as well as directly participated and/or assisted in multiple criminal investigations led by other federal, state, and local law enforcement officers. These investigations involved harassment, assault, murder, sexual exploitation, firearms violations, theft, and other criminal offenses enforceable under the Iowa Criminal Code. Additionally, these investigations featured the use of a myriad of investigative tools to include but not limited to physical and electronic surveillance, interview and interrogations, the execution of search warrants, processing of crime scenes, collection of evidence and the arrest and prosecution of wanted criminals. Furthermore, your affiant has received extensive training in the area of criminal investigations during his law enforcement career. This includes specialized training in homicide investigation; death investigation; crime scene processing; evidence handling, collection, & packaging; financial crime investigation; criminal intelligence techniques; missing and abducted persons investigations; sex crime investigations; child abuse investigations; domestic violence offenses; and computer crime related investigations

3. The information set forth herein is based upon the following: (1) the affiant's training, professional education, and experience; (2) the affiant's participation in the instant investigation;

1

(3) the affiant's review of reports and other documents prepared by state and local law enforcement officers, as well as documents prepared by other government agencies, medical facilities, and private businesses.   This affidavit contains information sufficient to establish probable cause necessary for issuance of a complaint; it does not contain all of the information generated by this investigation.

4.  This affidavit is made in support of warrant to arrest ROBERT EUGENE GRAHAM for violations of 18 U.S.C. §§ 2261(a)(1), Interstate Domestic Violence; and 18 U.S.C. §§ 924(c)(1)(A), Use and possession of a firearm.   Your affiant knows that Section 2261(a)(1) makes it a federal crime to travel in interstate commerce with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and to commit or attempt to commit a crime of violence against that person in the course or as a result of such travel; and, furthermore, that an enhanced penalty applies when permanent disfigurement or life threatening injury to the victim results.   Your affiant also knows that Section 924(c) makes it a federal crime to use or carry a firearm during and in relationship to a crime of violence that may be prosecuted in a court of the United States, or to possess a firearm in furtherance of such crime of violence.

## II.  INVESTIGATION:

1.      On or about November of 2012 through March of 2013, ROBERT EUGENE GRAHAM, was in an intimate relationship with the victim, G.D. in Lucas County, Chariton, Iowa .

2.      On or about October of 2012, ROBERT EUGENE GRAHAM, Chariton, Iowa moved to Michigan City, Indiana.

3.      In the month of March 2013 G.D. ended her intimate relationship with, ROBERT EUGENE GRAHAM.

4.      During the time period of August 2013 to December of 2014, ROBERT EUGENE GRAHAM, repeatedly attempted contact with G.D. on her cellular telephone, work telephone, Facebook page, home telephone, and email.  G.D. specifically expressed to ROBERT EUGENE GRAHAM that the contact was unwanted and reported ROBERT EUGENE GRAHAM's acts to law enforcement agencies in Chariton, Iowa, Des Moines, Iowa, and Michigan City, Indiana.  G.D. took numerous overt steps to prevent ROBERT EUGENE GRAHAM from making contact with her including closing her Facebook account and changing her personal telephone numbers.

5.      On November 14, 2014 ROBERT EUGENE GRAHAM contacted G.D. and requested that G.D. meet him in Osceola, Iowa with the promise that if G.D. agreed to have sexual intercourse with him ROBERT EUGENE GRAHAM would cease all further contact with G.D.  G.D. complied with ROBERT EUGENE GRAHAM.  After November 14, 2014 ROBERT EUGENE GRAHAM continued his attempts to contact G.D.  G.D. did not respond or acknowledge any of the ROBERT EUGENE GRAHAM's further contacts.

6.      On January 5, 2015 and January 14, 2015 G.D. made reports to the Chariton, Iowa Police Department that ROBERT EUGENE GRAHAM was continuing to harass her via telephone, text message, and email.

7.      On January 12, 2015, ROBERT EUGENE GRAHAM, placed a cash deposit for the purchase of a Mossberg Model 185D shotgun from Kempf Gun shop in Michigan City, Indiana.  An interview done with the owner of Kempf's Gun Shop by this affiant discovered that on that date ROBERT EUGENE GRAHAM acknowledged to the Gun Shop owner that he possessed a shotgun similar to the one he was seeking to purchase but was not able to locate it.

3

8.      On January 15, 2015, at approximately 8:00 am, ROBERT EUGENE GRAHAM rented a 2014 Toyota Corolla from a rental car agency in Michigan City, Indiana. ROBERT EUGENE GRAHAM then sent a text message to his daughter, Bobbi Jo Graham, telling her that he had left the keys to his car and the title of his car at the rental company and explained the car was now hers and he was not coming back.  On that same day ROBERT EUGENE GRAHAM additionally sent his daughter a text message stating that "the cops better shoot me....I don't want prison...We will find out in the morning if I don't screw this up."

9.      On January 15, 2015 at approximately 4:00 pm ROBERT EUGENE GRAHAM arrived in Chariton, Iowa from Michigan City, Indiana and rented a motel room at the Super 8 Motel in his own name.  ROBERT EUGENE GRAHAM did not have any contact with G.D. on January 15, 2015.

10.     On January 16, 2015 at approximately 7:10 am G.D. exited her home located at 1701 Court Avenue Chariton, Iowa and walked to her car in order to go to work.  As G.D. arrived at her vehicle G.D. was shot and fell to the ground.  G.D. turned and saw ROBERT EUGENE GRAHAM standing in the front yard of her home pointing a shotgun/rifle style weapon in her direction.  ROBERT EUGENE GRAHAM fled the area on foot.

11.     G.D. was critically injured as a result of being shot by ROBERT EUGENE GRAHAM and was transported by air ambulance to Des Moines for medical treatment where G.D. underwent numerous surgeries.  G.D. was hospitalized for several days and endured extensive damage to her uterus, small and large intestine, colon, kidneys, and hip. The large caliber bullet used by ROBERT EUGENE GRAHAM to shoot G.D. fragmented resulting in the slug and screw from the bullet separating and lodging in G.D.'s pelvic region. The surgeons were unable to remove the bullet fragments from G.D's body.  G.D. has since been released from the

hospital but has lasting effects from the shooting including the medical decision to remove portions of her internal organs and the need of an assisted walking device.

12.    On or about January 16, 2015 this affiant completed a complaint and affidavit charging ROBERT EUGENE GRAHAM with Attempt to Commit Murder under Iowa Code Section 707.11.

13.    On or about January 19, 2015 ROBERT EUGENE GRAHAM was located by law enforcement in Livingston County, Missouri.  ROBERT EUGENE GRAHAM was barricaded inside his rental vehicle armed with shotgun.  After an 8-hour standoff with law enforcement ROBERT EUGENE GRAHAM surrendered and was taken into custody on the Iowa arrest warrant. A search of ROBERT EUGENE GRAHAM's rental vehicle at the time of the arrest discovered several mobile telephone devices, a 20 gauge shotgun, shotgun ammunition, and other edge weapon and weapon accessories.

## III.  CONCLUSION

Based on the foregoing, your Affiant believes there is probable cause to believe: Robert Eugene GRAHAM committed offenses in violation of 18 U.S.C. §§ 2261(a)(1), Interstate Domestic Violence; and 18 U.S.C. §§ 924(c)(1)(A), Use and possession of a Firearm, in the Southern District of Iowa and elsewhere.

Donald J. Schnitker, Special Agent
Iowa Department of Public Safety
Division of Criminal Investigation (DCI)

Subscribed and sworn before me on this __7__ day of May _____, 2015.

Celeste F. Bremer
Chief United States Magistrate Judge

5